IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-467-RJC-DCK

| | |
|---|---|
| PARAMOUNT STAFFING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PARAMOUNT STAFFING SOLUTIONS ) | |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Thomas L. Ogburn, III, concerning James A. Hinshaw, on September 28, 2021. James A. Hinshaw seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. James A. Hinshaw is hereby admitted *pro hac vice* to represent Defendants Paramount Staffing Solutions LLC, Paramount Staffing LLC, Paramount Staffing Perm LLC, and Gilles Tanneur.

**SO ORDERED**.

Signed: September 28, 2021

David C. Keesler
United States Magistrate Judge