# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-467-RJC-DCK

| | |
|---|---|
| PARAMOUNT STAFFING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PARAMOUNT STAFFING SOLUTIONS ) | |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) filed by Thomas L. Ogburn, III, concerning Shaina P. Wolfe, on September 28, 2021. Shaina P. Wolfe seeks to appear as counsel *pro hac vice* for Defendants Paramount Staffing Solutions LLC, Paramount Staffing LLC, Paramount Staffing Perm LLC, and Gilles Tanneur. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) is **GRANTED**. Shaina P. Wolfe is hereby admitted *pro hac vice* to represent Defendants Paramount Staffing Solutions LLC, Paramount Staffing LLC, Paramount Staffing Perm LLC, and Gilles Tanneur.

**SO ORDERED**.

Signed: September 28, 2021

David C. Keesler
United States Magistrate Judge