UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00467-RJC-DCK

| | |
|---|---|
| PARAMOUNT STAFFING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PARAMOUNT STAFFING SOLUTIONS LLC, ) | |
| PARAMOUNT STAFFING INC., TINA ) | |
| SCHUBERT, PARAMOUNT STAFFING LLC, ) | |
| GILLES TANNEUR, PARAMOUNT ) | |
| STAFFING PERM LLC, and MATTHEW ) | |
| SCHUBERT, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court on the Joint Motion to Stay Litigation Pending Completion of Settlement Terms. (DE 42). Five days before the instant motion was filed, the Parties filed a Notice of Settlement. (DE 41). The Parties report that they reached a settlement agreement and that certain operational changes to be made by Defendants will be completed by March 31, 2022. As part of the settlement agreement, the Parties are also seeking concurrent use trademark registrations with the United States Patent and Trademark Office ("PTO"), but do not know when the PTO will issue a ruling on the registration. The Parties thus seek a stay of the litigation in its entirety to permit the Parties to complete the terms of their settlement agreement. The Parties propose filing a Joint Status Report by April 7, 2022, should this Court issue a stay. Based upon the consent of the Parties, and good cause having been shown, the Joint Motion to Stay is **GRANTED**.

**IT IS, THEREFORE, ORDERED** that:

1) The Joint Motion to Stay, (DE 42), is **GRANTED**;

2) The Parties shall file with the Court a Joint Status Report by April 7, 2022, apprising the Court of the Parties' progress towards completion of the settlement terms, including the status of their concurrent use trademark registrations; and

3) The pending motions listed below are **DENIED as moot** based on the Parties' Notice of Settlement.

    a. Plaintiff's Motion for Preliminary Injunction, (DE 4);

    b. Plaintiff's Amended Motion for a Preliminary Injunction, (DE 22);

    c. Defendant Paramount Northbrook's Motion for Expedited Discovery and Briefing Schedule for Plaintiff's Motion for Preliminary Injunction, (DE 25); and

    d. Defendant Paramount Staffing, Inc.'s Motion to Join in Paramount Northbrook's Motion for Expedited Discovery and Briefing Schedule for Plaintiff's Motion for Preliminary Injunction, (DE 38).

**SO ORDERED**

Signed: December 8, 2021

*/s/ Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
United States District Judge